NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAKOR ISSUES & RIGHTS LTD.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2019-1082

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00815.

---

## JUDGMENT

---

ARI JASON JAFFESS, Liston Abramson LLP, New York, NY, argued for appellant. Also represented by RONALD ABRAMSON.

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for appellee. Also represented by GREGORY A. CASTANIAS, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court